| Creditor: | U.S. Bank National Association |
|---|---|
| Debtor: | Katherine A Smith-Myles & Donald L Myles |
| Case No.: | 15-23833 |
| Loan No.: | xxxxxx7725 |
| Our File No.: | 3208-N-5918 |
| Collateral: | 1777 Nancy Lane<br>Aurora, IL 60504 |

**PAYMENTS RECEIVED**

| | |
|---|---|
| Loan Status as of: | 2/1/2018 |
| Initial Due Date: | 8/1/2015 |

| Date Received | Amount Received | Due Date | Amount Due | Late Charges/ NSF/Other | Paid Over/Short | Description | PCN Status |
|---|---|---|---|---|---|---|---|
|  | $ - | 8/1/2015 | $ 1,607.73 | $ - | $ (1,607.73) | Payment Accrued | **Original Post Payment** |
|  | $ - | 9/1/2015 | $ 1,607.73 | $ - | $ (1,607.73) | Payment Accrued |  |
| 9/9/2015 | $ 1,607.73 |  |  | $ - | $ 1,607.73 | Funds Received |  |
|  | $ - | 10/1/2015 | $ 1,607.73 | $ - | $ (1,607.73) | Payment Accrued |  |
| 10/9/2015 | $ 1,607.73 |  |  | $ - | $ 1,607.73 | Funds Received |  |
|  | $ - | 11/1/2015 | $ 1,607.73 | $ - | $ (1,607.73) | Payment Accrued |  |
| 11/10/2015 | $ 1,607.73 |  |  | $ - | $ 1,607.73 | Funds Received |  |
|  | $ - | 12/1/2015 | $ 1,607.73 | $ - | $ (1,607.73) | Payment Accrued |  |
| 12/15/2015 | $ 1,607.73 |  |  | $ - | $ 1,607.73 | Funds Received |  |
|  | $ - | 1/1/2016 | $ 1,607.73 | $ - | $ (1,607.73) | Payment Accrued |  |
| 1/13/2016 | $ 1,607.73 |  |  | $ - | $ 1,607.73 | Funds Received |  |
|  | $ - | 2/1/2016 | $ 1,607.73 | $ - | $ (1,607.73) | Payment Accrued |  |
| 2/9/2016 | $ 1,607.73 |  |  | $ - | $ 1,607.73 | Funds Received |  |
|  | $ - | 3/1/2016 | $ 1,607.73 | $ - | $ (1,607.73) | Payment Accrued |  |
| 3/8/2016 | $ 1,607.73 |  |  | $ - | $ 1,607.73 | Funds Received |  |
| 3/22/2016 | $ 1,607.73 |  |  | $ - | $ 1,607.73 | Funds Received |  |
|  | $ - | 4/1/2016 | $ 1,607.73 | $ - | $ (1,607.73) | Payment Accrued |  |
| 4/21/2016 | $ 1,607.73 |  |  | $ - | $ 1,607.73 | Funds Received |  |
|  | $ - | 5/1/2016 | $ 1,607.73 | $ - | $ (1,607.73) | Payment Accrued |  |
|  | $ - | 6/1/2016 | $ 1,607.73 | $ - | $ (1,607.73) | Payment Accrued |  |
| 6/10/2016 | $ 1,607.73 |  |  | $ - | $ 1,607.73 | Funds Received |  |
|  | $ - | 7/1/2016 | $ 1,607.73 | $ - | $ (1,607.73) | Payment Accrued |  |
| 7/6/2016 | $ 1,607.73 |  |  | $ - | $ 1,607.73 | Funds Received |  |
|  | $ - | 8/1/2016 | $ 1,607.73 | $ - | $ (1,607.73) | Payment Accrued |  |
| 8/8/2016 | $ 1,607.73 |  |  | $ - | $ 1,607.73 | Funds Received |  |
|  | $ - | 9/1/2016 | $ 1,607.73 | $ - | $ (1,607.73) | Payment Accrued |  |
| 9/7/2016 | $ 1,607.73 |  |  | $ - | $ 1,607.73 | Funds Received |  |
|  | $ - | 10/1/2016 | $ 1,607.73 | $ - | $ (1,607.73) | Payment Accrued |  |
| 10/4/2016 | $ 1,607.73 |  |  | $ - | $ 1,607.73 | Funds Received |  |
|  | $ - | 11/1/2016 | $ 1,607.73 | $ - | $ (1,607.73) | Payment Accrued |  |

| Date | Amount | Date | Amount | Amount | Amount | Description | Notes |
|---|---|---|---|---|---|---|---|
| 11/15/2016 | $ 1,607.73 | | | $ - | $ 1,607.73 | Funds Received | |
| | $ - | 12/1/2016 | $ 1,626.19 | $ - | $ (1,626.19) | Payment Accrued | **Pymnt increased- PCN Filed** |
| 12/16/2016 | $ 1,607.73 | | | $ - | $ 1,607.73 | Funds Received | |
| | $ - | 1/1/2017 | $ 1,626.19 | $ - | $ (1,626.19) | Payment Accrued | |
| 1/18/2017 | $ 1,626.19 | | | $ - | $ 1,626.19 | Funds Received | |
| | $ - | 2/1/2017 | $ 1,626.19 | $ - | $ (1,626.19) | Payment Accrued | |
| 2/17/2017 | $ 1,626.19 | | | $ - | $ 1,626.19 | Funds Received | |
| | $ - | 3/1/2017 | $ 1,626.19 | $ - | $ (1,626.19) | Payment Accrued | |
| 3/17/2017 | $ 1,626.19 | | | $ - | $ 1,626.19 | Funds Received | |
| | $ - | 4/1/2017 | $ 1,626.19 | $ - | $ (1,626.19) | Payment Accrued | |
| 4/13/2017 | $ 1,626.19 | | | $ - | $ 1,626.19 | Funds Received | |
| | $ - | 5/1/2017 | $ 1,626.19 | $ - | $ (1,626.19) | Payment Accrued | |
| 5/15/2017 | $ 1,626.19 | | | $ - | $ 1,626.19 | Funds Received | |
| | $ - | 6/1/2017 | $ 1,626.19 | $ - | $ (1,626.19) | Payment Accrued | |
| 6/19/2017 | $ 1,626.19 | | | $ - | $ 1,626.19 | Funds Received | |
| | $ - | 7/1/2017 | $ 1,626.19 | $ - | $ (1,626.19) | Payment Accrued | |
| 7/18/2017 | $ 1,626.19 | | | $ - | $ 1,626.19 | Funds Received | |
| | $ - | 8/1/2017 | $ 1,626.19 | $ - | $ (1,626.19) | Payment Accrued | |
| 8/15/2017 | $ 1,626.19 | | | $ - | $ 1,626.19 | Funds Received | |
| | $ - | 9/1/2017 | $ 1,626.19 | $ - | $ (1,626.19) | Payment Accrued | |
| | $ - | 10/1/2017 | $ 1,626.19 | $ - | $ (1,626.19) | Payment Accrued | |
| 10/3/2017 | $ 1,626.19 | | | $ - | $ 1,626.19 | Funds Received | |
| | $ - | 11/1/2017 | $ 1,626.19 | $ - | $ (1,626.19) | Payment Accrued | |
| 11/3/2017 | $ 1,626.19 | | | $ - | $ 1,626.19 | Funds Received | |
| 11/7/2017 | $ - | | | $ 38.69 | $ 38.69 | Escrow Shortage | |
| 11/28/2017 | $ 1,626.19 | | | $ - | $ 1,626.19 | Funds Received | |
| | $ - | 12/1/2017 | $ 1,661.06 | $ - | $ (1,661.06) | Payment Accrued | |
| | $ - | 1/1/2018 | $ 1,661.06 | $ - | $ (1,661.06) | Payment Accrued | |
| 1/5/2018 | $ 1,626.19 | | | $ - | $ 1,626.19 | Funds Received | |
| | $ - | 2/1/2018 | $ 1,661.06 | $ - | $ (1,661.06) | Payment Accrued | |
| **Total:** | **$ 45,237.96** | | **$ 50,221.14** | **$ 38.69** | **$ (4,944.49)** | | Post Due 12/1/17 with 38.69 in suspense |

| Delinquent Payments | Days Delinquent: | 62 | | |
|---|---|---|---|---|
| Month Due | P&I Due | Escrow Due | Stip Due | Total Due |
| 12/1/2017 | $ 1,245.93 | $ 415.13 | $ - | $ 1,661.06 |

| | | | | |
|---|---|---|---|---|
| 1/1/2018 | $ 1,245.93 | $ 415.13 | $ - | $ 1,661.06 |
| 2/1/2018 | $ 1,245.93 | $ 415.13 | $ - | $ 1,661.06 |
| Delinquency/Overage | | | | $ 4,983.18 |
| Less Suspense | | | | $ 38.69 |
| **Total Delinquency/Overage** | | | | **$ 4,944.49** |

| Creditor: | U.S. Bank National Association |
|---|---|
| Debtor: | Katherine A Smith-Myles & Donald L Myles |
| Case No.: | 15-23833 |
| Loan No.: | xxxxxx7725 |
| Our File No.: | 3208-N-5918 |
| Collateral: | 1777 Nancy Lane Aurora, IL 60504 |

**PAYMENTS RECEIVED**

Loan Status as of: 2/1/2018
Initial Due Date: 8/1/2015

| Trustee Payments | |
|---|---|
| Date Received | Amount Received |
| 05/19/16 | $220.17 |
| 06/16/16 | $241.91 |
| 07/19/16 | $241.91 |
| 08/18/16 | $330.25 |
| 09/15/16 | $241.91 |
| 10/20/16 | $329.15 |
| 11/18/16 | $151.92 |
| 12/16/16 | $327.50 |
| 01/19/17 | $327.50 |
| 02/16/17 | $239.71 |
| 03/16/17 | $239.71 |
| 04/21/17 | $327.50 |
| 05/18/17 | $239.71 |
| 06/15/17 | $238.59 |
| 07/18/2017 | 237.47 |
| 08/22/2017 | 324.70 |
| 09/15/2017 | 237.47 |
| 10/24/2017 | 324.34 |
| | |
| | |
| | |
| | |
| Total Paid | $4,821.42 |